## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Hall C. SMITH, Respondent.

### No. 10979.

United States Court of Appeals
Sixth Circuit.

Feb. 12, 1952.

Theron L. Caudle, Charles Oliphant, John M. Morawski, Ellis N. Slack, A. F. Prescott and Graham Loving, Jr., all of Washington, D. C., for petitioner.

Sol Goodman, Cincinnati, Ohio, for respondent.

Before ALLEN, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel.

And it appearing that the Tax Court of the United States, in a prior proceeding, held the respondent liable in equity as a transferee for unpaid taxes of a corporation, and that the decision of the Tax Court, 11 T.C. 174, was affirmed by this court in Charles E. Smith & Sons Co. v. Commissioner, 6 Cir., 184 F.2d 1011, certiorari denied 340 U.S. 953, 954, 71 S.Ct. 572, 95 L.Ed. 687.

And it appearing that the receipt of the excessive salary to the extent of which the respondent was held liable as transferee constituted "the bare receipt of property or money wholly belonging to another", Commissioner of Internal Revenue v. Wilcox, 327 U.S. 404, 66 S.Ct. 546, 549, 90 L.Ed.

752, and that the respondent held the funds not for himself but for the creditors of the transferor;

It is ordered that the decision of the Tax Court be, and it hereby is, affirmed.

---

## FALLS CITY PONTIAC COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 11416.

United States Court of Appeals
Sixth Circuit.

Feb. 15, 1952.

Frederic D. Dassori, Dee R. Bramwell and Stokes, Bramwell & Dassori, Washington, D. C., for petitioner.

Theron L. Caudle, Charles Oliphant, Ellis N. Slack, Claude R. Marshall, Helen Goodner and Carolyn R. Just, Washington, D. C., for respondent.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This petition for review was heard and considered by the court on the record, oral arguments and briefs of attorneys for the respective parties, and the Court being advised;

It Is Ordered that the order of the Tax Court herein appealed from be and is hereby affirmed upon the Findings of Fact and Opinion of the Tax Court. 15 T.C. 977. See Commissioner of Internal Revenue v. Gooch Milling & Elevator Co., 320 U.S. 418, 420, 64 S.Ct. 184, 88 L.Ed. 139; Edward Barron Estate Co. v. Commissioner, 9 Cir., 93 F.2d 751; Rules 4(f) and 6(h), Rules of Practice before the Tax Court of the United States, revised to November 3, 1947, 26 U.S.C.A. § 1111; Section 42, Chapter 65, Revised Code of Delaware.